IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RONNIE JAY HUNNEL, #02054965 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21cv10 |
| § | |
| DIRECTOR, TDCJ-CID § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** without prejudice.  All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 18th day of October, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE